IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE JOHNSON-TANNER | ) |
| Plaintiff, | ) |
| v. | ) Case No. 01-CV-718(PLF) |
| FIRST CASH FINANCIAL SERVICES, INC., *et al* | ) |
| Defendants | ) |

FILED
JUL 2 5 2003
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Monique Johnson-Tanner, and Defendants First Cash Financial Services, Inc. and Famous Pawn, Inc. (all parties who have appeared in the above-captioned action), as evidenced by the respective signatures of counsel below, STIPULATE AND AGREE that Plaintiff's Complaint is hereby dismissed *with prejudice*, each party to bear its own costs.

Respectfully submitted,

CASHDAN, KANE & SELTZER, P.L.L.C.

_____
Michael G. Kane (DC Bar 435121)
Meredith S. Francis (DC Bar 462780)
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036-4192
(202) 862-4329
Fax: (202) 862-4331

Counsel for Plaintiff

154382.1

1

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/ Laura N. Steel*

Robert B. Wallace (DC Bar No. 108571)
Laura N. Steel (DC Bar No. 455852)
The Colorado Building - 5th Floor
1341 G Street, N.W.
Washington, D.C. 20005
(202) 626-7660
Fax (202) 628-3606

Co-Counsel for Defendants, First Cash Financial Services, Inc. and Famous Pawn, Inc.


COATS, ROSE, YALE, RYMAN & LEE, P.C.

*Patrick Gaas by LNS*

Patrick E. Gaas, Esquire (admitted pro hac vice)
1001 Sannin Street, Suite 800
Houston, Texas 77002
(713) 651-0111
Fax: (713) 651-0220

Co-Counsel for Defendants, First Cash Financial Services, Inc. and Famous Pawn, Inc.


SO ORDERED: */s/ Paul F. Friedman*

The Honorable Paul F. Friedman
United States District Court
for the District of Columbia

July 25, 2003

Copies to:

    Patrick E. Gaas, Esquire
    Coats, Rose, Yale, Ryman & Lee, P.C.
    1001 Sannin Street, Suite 800
    Houston, Texas 77002

    Michael G. Kane, Esquire
    Meredith S. Francis, Esquire
    Cashdan, Kane & Seltzer, P.L.L.C.
    1150 Connecticut Avenue, N.W., Suite 900
    Washington, D.C. 20036-4192

    Laura N. Steel, Esquire
    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
    The Colorado Building
    1341 G Street, N.W., 5th Floor
    Washington, D.C. 20005-3105

154382.1